Paul G. **BEENE**, Claimant–Appellant,

v.

R. James **NICHOLSON**, Secretary of Veterans Affairs, Respondent–Appellee.

No. 2006–7237.

United States Court of Appeals, Federal Circuit.

Jan. 12, 2007.

Before MICHEL, Chief Judge, GAJARSA, and DYK, Circuit Judges.

Judgment

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.